# Christopher J. Bowes, Esq.
## 54 Cobblestone Drive
## Shoreham, NY 11786
Tel/Fax (631) 929-1700
Cell (212) 979-7575
Email cjbowes@gmail.com
_____

June 29, 2026

Via ECF
Hon. Robyn F. Tarnofsky
United States Magistrate Judge
Daniel P. Moynihan Courthouse
500 Pearl Street
New York, NY 10007                                RE:    Speziale v. SSA
                                                        1:26 civ 2755 (VF)

Dear Judge Tarnofsky:

        I am writing to request an extension of time to serve Plaintiff's Brief in the above captioned case.  Based on the default briefing schedule, the Brief is due on July 2, 2026. This is plaintiff's first request for an extension of time.

        Due to multiple work deadlines as well as planned family vacation time, I have been unable to complete Mr. Speziale's papers for filing this week and need additional time to complete the papers. Counsel for the Commissioner, SAUSA Jonathan King, kindly consents to this request and the parties respectfully request approval of the following revised schedule:

August 7, 2026      Plaintiff's Motion for Judgment on the Pleadings
October 7, 2026     Defendant's Responsive Brief
October 21, 2026    Plaintiff's Reply Brief

        Thank you for you for Your Honor's attention to this matter.


                                        Respectfully submitted,

                                        /s/ Christopher J. Bowes, Esq.
                                        Christopher J. Bowes, Esq.

cc:    Jonathan King, Esq.
       Attorney for Defendant

Application **GRANTED**. Plaintiff's motion for judgment on the pleadings shall be filed by **August 7, 2026**; Defendant's opposition shall be filed by **October 7, 2026**; and Plaintiff's reply, if any, by **October 21, 2026**.

The Clerk of Court is respectfully requested to terminate ECF 8.

Dated:  June 29, 2026
        New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE