UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR SPEZIALE,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,

Defendant.

26-CV-2755 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff's reply brief in support of his motion was due on November 19, 2026. To date, Plaintiff has not filed a reply.

Accordingly, I am nunc pro tunc extending the deadline for Plaintiff to file his reply until **December 3, 2026**.

DATED: November 24, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**